**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SALDIVAR, DAVID L. | ) | |
| SALDIVAR, JENNIFER A. | ) | CASE NO. 06-02976 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

   on: **December 19, 2008**
   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $         33,783.15

   b. Disbursements                             $         19,200.00

   c. Net Cash Available for Distribution       $         14,583.15

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 3,378.32 | $ 254.85 |
| Bradley S. Covey, Attorney | $ 11,700.00 | $ 0.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $214,556.05, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.10%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 245.72 | $ 12.54 |
| 2 | Recovery Management Systems Corporation | $ 539.22 | $ 27.52 |
| 3 | Discover Bank/Discover Financial Services | $ 6,139.84 | $ 313.35 |
| 4 | Discover Bank/Discover Financial Services | $ 9,739.73 | $ 497.07 |
| 5 | American Express Bank FSB | $ 8,656.16 | $ 441.77 |
| 6 | American Express Centurion Bank | $ 83,687.17 | $ 4,271.02 |
| 7 | American Express Centurion Bank | $ 23,241.20 | $ 1,186.13 |
| 8 | Citibank ( USA ) N.A. | $ 660.83 | $ 33.73 |
| 9 | Kohl's Department Store | $ 2,104.89 | $ 107.42 |
| 10 | Marty & Bonnie Shelton | $ 72,000.00 | $ 3,674.56 |
| 12 | Household Finance Corporation/Beneficial | $ 7,541.29 | $ 384.87 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. Cash on Hand
    c. Checking Accounts
    d. Household Goods
    e. Misc. Books, Collectibles
    f. Wearing Apparel
    g. Misc. Jewelry
    h. Potential Work Comp Saldivar v. Inter Tel Techno
    i. Potential Personal Injury Saldivar v. Wooten
    j. 2001 Toyota Sienna

Dated:   **November 21, 2008**                For the Court,


                                    By:   **KENNETH S. GARDNER**
                                          Kenneth S. Gardner
                                          Clerk of the United States Bankruptcy Court
                                          219 S. Dearborn Street, 7th Floor
                                          Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Nov 21, 2008
Case: 06-02976                Form ID: pdf002              Total Served: 50


The following entities were served by first class mail on Nov 23, 2008.
db          +David L Saldivar,    3944 Bluejay Lane,    Naperville, IL 60564-8330
jdb         +Jennifer A Saldivar,    3944 Bluejay Lane,    Naperville, IL 60564-8330
aty         +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
              Batavia, IL 60510-3169
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
10657353    +Alarm One Inc.,    1601 E. Orangewood Ave.,    Anaheim, CA 92805-6810
10657357    +American Express,    Box 30799,    Salt Lake City, UT 84130-0799
10657356    +American Express,    Box 247018,    Omaha, NE 68124-7018
10657355    +American Express Bank FSB,    C/O Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
10918415     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10657358    +American Express Publishing Corp.,    Box 1334,    Des Plaines, IL 60017-1334
10657359    +Baker, Miller & Associates,    29 N. Wacker Dr., 5th Fl,    Chicago, IL 60606-3227
10657360     Bank of America,    PO Box 45224,    Jacksonville, FL 32232-5224
10976714    +Beneficial,    P O Box 10640,    Virginia Beach, VA 23450-0640
10657361    +Beneficial,    347 E. Indian Tr.,    Aurora, IL 60505-1734
10657362    +Capital One,    Box 790216,    Saint Louis, MO 63179-0216
10657363    +Central DuPage Hospital,    0N025 Winfield Rd.,    Winfield, IL 60190-1295
10657364    +Citibank,    Box 769013,    San Antonio, TX 78245-9013
10936076    +Citibank ( USA ) N.A.,    POB 182149,    Columbus, OH 43218-2149
10657366    +City of Chicgo/Dept. of Revenue,    121 N. LaSalle St., Room 102,    Chicago, IL 60602-1202
10657369    +DPS,    223 W. Jackson,    Chicago, IL 60606-6908
10657370     DuPage Medical Group,    1860 Paysphere Cr.,    Chicago, IL 60606
10657371    +Edward Hospital,    801 S. Washington,    Naperville, IL 60540-7499
10657372    +Food & Wine Books,    Box 5040,    Des Plaines, IL 60017-5040
10657373    +GC Services Limited,    6330 Gulfton,    Houston, TX 77081-1198
11020670     Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
              POB 35480,    Newark NJ 07193-5480
10657374    +Kohl's,    Box 3084,    Milwaukee, WI 53201-3084
10945815    +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
10657376    +LaSalle Bank,    135 S. LaSalle St.,    Chicago, IL 60603-4489
10657377    +Lighthuse Financial Group of IL,    800 Theodore St.,    Joliet, IL 60403-5337
10657378    +Marshall Fields,    Box 94578,    Cleveland, OH 44101-4578
10657379    +Marty & Bonnie Shelton,    8863 Heritage Ct.,    Windsor, CA 95492-8803
10657380    +Merchants Credit Guide,    223 W. Jackson,    Chicago, IL 60606-6993
10657381    +Naperville Radiologist,    6910 S. Madison,    Willowbrook, IL 60527-5504
10847073    +Preferred Capital Lending Inc,    340 W Butterfield Rd 2AA,    Elmhurst, IL 60126-5069
10657383    +Revenue Production Mgmt.,    Box 830913,    Birmingham, AL 35283-0913
10657384    +Sears,    PO Box 182149,    Columbus, OH 43218-2149
10657385    +Select Edition,    KA16 FSOne NCC Parkway, Box 2349,    Kalamazoo, MI 49003-2349
10657386    +Tall Grass Homeowners Assoc.,    800 E. Northwest Hwy, Ste. 800,    Palatine, IL 60074-6514
10657387    +Washington Mutual,    c/o Fisher & Shapiro, LLC,    4201 Lake Cook Rd.,    Northbrook, IL 60062-1060
10657388    +Wells Fargo,    Box 98751,    Las Vegas, NV 89193-8751
10657389    +Wells Fargo,    Box 98798,    Las Vegas, NV 89193-8798
10657390    +Wheatland Dental,    3108 S. Rt. 59, Ste. 112,    Naperville, IL 60564-8022
The following entities were served by electronic transmission on Nov 22, 2008.
10657354    +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2008 02:30:56     American Eagle Outfitters,
              Box 530993,    Atlanta, GA 30353-0993
12391560    +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:41     Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10657367     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2008 04:30:14     Discover,    Box 30395,
              Salt Lake City, UT 84130
10900823     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2008 04:30:14
              Discover Bank/Discover Financial Services,    Po Box 3025,    New Albany, OH  43054-3025
10657382    +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2008 02:30:55     Old Navy,    Box 530942,
              Atlanta, GA 30353-0942
12390247     E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:42
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10897645    +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:42
              Recovery Management Systems Corporation,    For GE Money Bank,    dba AMERICAN EAGLE,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10897646    +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:42
              Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 8
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Kevin J Golden
10657375     Laboratory & Pathology Diagnostics
10847072*   +American Express Publishing Corp,    Box 1334,    Des Plaines, IL 60017-1334
10657365*   +Citibank,    Box 769013,    San Antonio, TX 78245-9013
10657368*  ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover,    Box 30395,    Salt Lake City, UT 84130)
                                                                                               TOTALS: 2, * 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Nov 21, 2008
Case: 06-02976                Form ID: pdf002          Total Served: 50

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:**      *Joseph Speetjens*