## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: SALDIVAR, DAVID L.                           Case No. 06-02976
SALDIVAR, JENNIFER A.

                                                    Chapter   7

_____,
              Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $594,355.00              Assets Exempt:   $0.00

Total Distribution to Claimants: $10,957.49    Claims Discharged
                                               Without Payment: $203,598.56

Total Expenses of Administration: $15,333.17

3) Total gross receipts of $   33,790.66  (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $    7,500.00   (see **Exhibit 2**), yielded net receipts of $26,290.66
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,333.17 | 15,333.17 | 15,333.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 222,097.34 | 214,556.05 | 10,957.49 |
| **TOTAL DISBURSEMENTS** | $0.00 | $237,430.51 | $229,889.22 | $26,290.66 |

4) This case was originally filed under Chapter 7 on March 23, 2006. . The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2010 _____    By: /s/BRADLEY J. WALLER _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| UNDERINSURED MOTORIST CLAIM-WIFE | 1142-000 | 33,750.00 |
| Interest Income | 1270-000 | 40.66 |
| **TOTAL GROSS RECEIPTS** | | $33,790.66 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jennifer A. Saldivar | Personal Injury Expemption | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $7,500.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,378.32 | 3,378.32 | 3,378.32 |
| BRADLEY J. WALLER | 2200-000 | N/A | 254.85 | 254.85 | 254.85 |
| Kevin J. Golden/Motherway & Napleton, LLP | 3210-000 | N/A | 11,250.00 | 11,250.00 | 11,250.00 |
| Kevin J. Golden/Motherway & Napleton, LLP | 3220-000 | N/A | 450.00 | 450.00 | 450.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 15,333.17 | 15,333.17 | 15,333.17 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-000 | N/A | 245.72 | 245.72 | 12.55 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 539.22 | 539.22 | 27.54 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Discover Bank/Discover Financial Services | 7100-000 | N/A | 6,139.84 | 6,139.84 | 313.56 |
| Discover Bank/Discover Financial Services | 7100-000 | N/A | 9,739.73 | 9,739.73 | 497.41 |
| American Express Bank FSB | 7100-000 | N/A | 8,656.16 | 8,656.16 | 442.07 |
| American Express Centurion Bank | 7100-000 | N/A | 83,687.17 | 83,687.17 | 4,273.95 |
| American Express Centurion Bank | 7100-000 | N/A | 23,241.20 | 23,241.20 | 1,186.94 |
| Citibank ( USA ) N.A. | 7100-000 | N/A | 660.83 | 660.83 | 33.75 |
| Kohl's Department Store | 7100-000 | N/A | 2,104.89 | 2,104.89 | 107.50 |
| Marty & Bonnie Shelton | 7100-000 | N/A | 72,000.00 | 72,000.00 | 3,677.08 |
| Beneficial | 7100-000 | N/A | 7,541.29 | 0.00 | 0.00 |
| Household Finance Corporation/Beneficial | 7100-000 | N/A | 7,541.29 | 7,541.29 | 385.14 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 222,097.34 | 214,556.05 | 10,957.49 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 06-02976 | **Trustee:** (330500)   BRADLEY J. WALLER |
| **Case Name:** SALDIVAR, DAVID L. | **Filed (f) or Converted (c):** 03/23/06 (f) |
| SALDIVAR, JENNIFER A. | **§341(a) Meeting Date:** 05/18/06 |
| **Period Ending:** 05/06/10 | **Claims Bar Date:** 11/30/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 579,900.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNTS | 900.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | MISC. BOOKS, COLLECTIBLES | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | MISC. JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | POTENTIAL WORK COMP SALDIVAR V. INTER TEL TECHNO | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | POTENTIAL PERSONAL INJURY SALDIVAR V. WOOTEN | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | UNDERINSURED MOTORIST CLAIM-WIFE | 24,000.00 | 26,250.00 | | 33,750.00 | FA |
| 11 | 2001 TOYOTA SIENNA | 7,155.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 40.66 | FA |
| 12 | Assets   Totals (Excluding unknown values) | $618,355.00 | $26,250.00 | | $33,790.66 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008    **Current Projected Date Of Final Report (TFR):**   November 6, 2008  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:  06-02976
Case Name:  SALDIVAR, DAVID L.
               SALDIVAR, JENNIFER A.
Taxpayer ID #:  **-***4185
Period Ending:  05/06/10

Trustee:  BRADLEY J. WALLER (330500)
Bank Name:  JPMORGAN CHASE BANK, N.A.
Account:  ***-*****45-65 - Money Market Account
Blanket Bond:  $5,000,000.00  (per case limit)
Separate Bond:  N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/07 | {10} | General Casualty | Per court order of 10/19/2007 | 1142-000 | 33,750.00 | | 33,750.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.43 | | 33,754.43 |
| 01/19/08 | 1001 | Kevin J. Golden/Motherway & Napleton, LLP | Payment for Attorney's Fees and Expenses per court order of 10/19/2007 | | | 11,700.00 | 22,054.43 |
| | | | Attorney's Fees per court order of 10/19/2007   11,250.00 | 3210-000 | | | 22,054.43 |
| | | | Attorney's Expenses per court order of 10/19/2007   450.00 | 3220-000 | | | 22,054.43 |
| 01/19/08 | 1002 | Jennifer A. Saldivar | Personal Injury Exemption | 8100-002 | | 7,500.00 | 14,554.43 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 15.24 | | 14,569.67 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.23 | | 14,572.90 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.70 | | 14,575.60 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.03 | | 14,577.63 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.82 | | 14,579.45 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 14,581.30 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 14,583.15 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.73 | | 14,584.88 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.91 | | 14,586.79 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.59 | | 14,588.38 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.14 | | 14,589.52 |
| 12/23/08 | | chase bank | reversal of transfer because it was not transmitted | 9999-000 | | -14,590.37 | 29,179.89 |
| 12/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Transfer funds for final distributionTransfer monies to Checking Account to make final distributions | 1270-000 | 0.85 | | 29,180.74 |
| 12/23/08 | | To Account #*******4566 | Transfer funds for final distributionTransfer monies to Checking Account to make final distributions | 9999-000 | | 14,590.37 | 14,590.37 |
| 12/23/08 | Int | chase bank | reversal of interest | 1270-000 | -0.85 | | 14,589.52 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 14,590.55 |
| 01/07/09 | Int | JPMORGAN CHASE BANK, N.A. | transfer in preparation for sending dividend checks | 1270-000 | 0.11 | | 14,590.66 |
| 01/07/09 | | To Account #*******4566 | transfer in preparation for sending dividend checks | 9999-000 | | 14,590.66 | 0.00 |

Subtotals :     $33,790.66     $33,790.66

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-02976 | |
| Case Name: | SALDIVAR, DAVID L. | |
| | SALDIVAR, JENNIFER A. | |
| Taxpayer ID #: | **-***4185 | |
| Period Ending: | 05/06/10 | |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****45-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 33,790.66 | 33,790.66 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,590.66 | |
| | | | Subtotal | | 33,790.66 | 19,200.00 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | NET Receipts / Disbursements | | $33,790.66 | $11,700.00 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-02976 | |
| **Case Name:** SALDIVAR, DAVID L. | |
| SALDIVAR, JENNIFER A. | |
| **Taxpayer ID #:** **-***4185 | |
| **Period Ending:** 05/06/10 | |

| | |
|---|---|
| **Trustee:** BRADLEY J. WALLER (330500) | |
| **Bank Name:** JPMORGAN CHASE BANK, N.A. | |
| **Account:** ***-*****45-66 - Checking Account | |
| **Blanket Bond:** $5,000,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/08 | | From Account #*********4565 | Transfer funds for final distributionTransfer monies to Checking Account to make final distributions | 9999-000 | 14,590.37 | | 14,590.37 |
| 12/23/08 | | Chase Bank | transfer posted in error | 9999-000 | -14,590.37 | | 0.00 |
| 01/07/09 | | From Account #*********4565 | transfer in preparation for sending dividend checks | 9999-000 | 14,590.66 | | 14,590.66 |
| 01/08/09 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,378.32, Trustee Compensation;  Reference: | 2100-000 | | 3,378.32 | 11,212.34 |
| 01/08/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $254.85, Trustee Expenses;  Reference: | 2200-000 | | 254.85 | 10,957.49 |
| 01/08/09 | 103 | Recovery Management Systems Corporation | Dividend paid   5.10% on $245.72; Claim# 1; Filed: $245.72; Reference: 604410RMS0941428 | 7100-000 | | 12.55 | 10,944.94 |
| 01/08/09 | 104 | Recovery Management Systems Corporation | Dividend paid   5.10% on $539.22; Claim# 2; Filed: $539.22; Reference: 601859RMS0051110 | 7100-000 | | 27.54 | 10,917.40 |
| 01/08/09 | 105 | Discover Bank/Discover Financial Services | Dividend paid   5.10% on $6,139.84; Claim# 3; Filed: $6,139.84; Reference: 6011007740307029 | 7100-000 | | 313.56 | 10,603.84 |
| 01/08/09 | 106 | Discover Bank/Discover Financial Services | Dividend paid   5.10% on $9,739.73; Claim# 4; Filed: $9,739.73; Reference: 6011007190298108 | 7100-000 | | 497.41 | 10,106.43 |
| 01/08/09 | 107 | American Express Bank FSB | Dividend paid   5.10% on $8,656.16; Claim# 5; Filed: $8,656.16; Reference: *****6811 | 7100-000 | | 442.07 | 9,664.36 |
| 01/08/09 | 108 | American Express Centurion Bank | Dividend paid   5.10% on $83,687.17; Claim# 6; Filed: $83,687.17; Reference: ************3003 | 7100-000 | | 4,273.95 | 5,390.41 |
| 01/08/09 | 109 | American Express Centurion Bank | Dividend paid   5.10% on $23,241.20; Claim# 7; Filed: $23,241.20; Reference: ************1008 | 7100-000 | | 1,186.94 | 4,203.47 |
| 01/08/09 | 110 | Citibank ( USA ) N.A. | Dividend paid   5.10% on $660.83; Claim# 8; Filed: $660.83; Reference: 5049948074432107 | 7100-000 | | 33.75 | 4,169.72 |
| 01/08/09 | 111 | Kohl's Department Store | Dividend paid   5.10% on $2,104.89; Claim# 9; Filed: $2,104.89; Reference: 0324787415 | 7100-000 | | 107.50 | 4,062.22 |
| 01/08/09 | 112 | Marty & Bonnie Shelton | Dividend paid   5.10% on $72,000.00; Claim# 10; Filed: $72,000.00; Reference: 6089 & 2649 | 7100-000 | | 3,677.08 | 385.14 |
| 01/08/09 | 113 | Household Finance Corporation/Beneficial | Dividend paid   5.10% on $7,541.29; Claim# 12; Filed: $7,541.29; Reference: | 7100-000 | | 385.14 | 0.00 |

Subtotals :        $14,590.66        $14,590.66

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-02976 |
| Case Name: | SALDIVAR, DAVID L. |
| | SALDIVAR, JENNIFER A. |
| Taxpayer ID #: | **-***4185 |
| Period Ending: | 05/06/10 |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****45-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 14,590.66 | 14,590.66 | $0.00 |
| | | | Less: Bank Transfers | | 14,590.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 14,590.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $14,590.66 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: | 06-02976 | | | Trustee: | BRADLEY J. WALLER (330500) | | |
| Case Name: | SALDIVAR, DAVID L. | | | Bank Name: | The Bank of New York Mellon | | |
| | SALDIVAR, JENNIFER A. | | | Account: | 9200-******45-66 - Checking Account | | |
| Taxpayer ID #: | **-***4185 | | | Blanket Bond: | $5,000,000.00  (per case limit) | | |
| Period Ending: | 05/06/10 | | | Separate Bond: | N/A | | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****45-65 | 33,790.66 | 11,700.00 | 0.00 |
| Checking # ***-*****45-66 | 0.00 | 14,590.66 | 0.00 |
| Checking # 9200-******45-66 | 0.00 | 0.00 | 0.00 |
| | $33,790.66 | $26,290.66 | $0.00 |

{} Asset reference(s)

Printed: 05/06/2010 08:20 AM   V.12.08